| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 7 mins | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Cindy C. Fan | REPORTER/LIBERTY RECORDING: 11:53-12:00pm |
| MAGISTRATE JUDGE: Kandis A. Westmore | DATE: 11/10/2025 | NEW CASE ☐ — CASE NUMBER: 4:25-mj-71288-MAG-1 |

### APPEARANCES

| DEFENDANT: Brendan Munro Thompson | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Elisse Larouche | PD. ☒  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Jonah Ross | INTERPRETER | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Reanna Agah | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☒ STATUS RE: PRELIM HRG/ARRAIGN. (1MIN)
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / STATUS TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or or S/R
- ☒ STATUS RE: DETENT. HRG (6mins)
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☒ DEF GOES BY: MS. BELLA THOMPSON (SHE/HER)

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED ☐ CASH $ — CORPORATE SECURITY ☐ — REAL PROPERTY: ☐

- ☒ MOTION FOR DETENTION
- ☒ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

- TO: 11/14/2025
- AT: 10:30AM
- BEFORE HON. Judge Westmore
- ☐ ATTY APPT HEARING
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☒ DETENTION HEARING
- ☐ BOND HEARING
- ☐ PRELIMINARY HEARING / ARRAIGNMENT
- ☐ STATUS RE: CONSENT
- ☐ CHANGE OF PLEA
- ☐ MOTIONS
- ☐ TRIAL SET
- ☐ STATUS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS

DEF to be interviewed by PTS after Court. PTS to provide full bail study. Time automatically excluded give GOVT's pending Detention Motion. Protective order pending. GOVT will be producing discovery.

cc: PTS, USMS

DOCUMENT NUMBER: