IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN (BELLA) THOMPSON,<br><br>Defendant. | Case No.: CR 25–71288 KAW<br><br>**[PROPOSED] ORDER ON MOTION TO CONDUCT BAIL HEARING UNDER SEAL** |

Upon application of defendant Brendan (Bella) Thompson, and for good cause shown, it is hereby ordered that the bail hearing currently set for Friday, November 14, 2025 is to be conducted under seal. Because the bail hearing will involve significant discussion of Ms. Thompson's personal medical information, including her mental health diagnosis, medication history and current medication regime, and hospitalization information, this Court finds there is a compelling reason to seal the hearing, and that the interest in public disclosure is outweighed by Ms. Thompson's privacy interest in the sensitive health information.

IT IS SO ORDERED.

Dated: _____

HON. KANDIS A. WESTMORE
Magistrate Judge

MOTION TO CONDUCT BAIL HEARING UNDER SEAL
*THOMPSON*, CR 25–71288 KAW

1