JODI LINKER
Federal Public Defender
Northern District of California
KAITLYN FRYZEK
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: kaitlyn_fryzek@fd.org

Counsel for Defendant Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDAN (BELLA) THOMPSON,<br><br>Defendant. | **Case No.:** 25-MJ-71288 (KAW)<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING TO OCTOBER 5, 2026 AND TO EXCLUDE TIME**<br><br>Hearing Date: August 24, 2026 |

The above-captioned matter is set on August 24, 2026, at 10:30 a.m., before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to October 5, 2026, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b), until October 5, 2026.

In the complaint, Ms. Thompson is charged with one count of assault on a federal officer in violation of 18 U.S.C. § 111(b). Since Ms. Thompson's initial appearance, the parties have met regarding Ms. Thompson's case and are in continued discussions about a possible resolution. The government has made four productions of discovery since the inception of the case, including a

production on June 26, 2026, of returns from four social media accounts. Defense counsel continues to review the discovery and continues in discussions with the government about a possible resolution of the case. For these reasons, the parties respectfully request that the Court continue this matter to October 5, 2026.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties agree also that the failure to grant this continuance would deny counsel for Ms. Thompson reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time between August 24, 2026 and October 5, 2026, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

In addition, the parties agree to waive time under Federal Rule of Criminal Procedure 5.1, from August 24, 2026 to October 5, 2026. For this reason and for the reasons set forth above, the parties request that the Court find good cause for extending the time limit for a preliminary hearing under Rule 5.1 and for extending the 30-day period for an indictment under the Speedy Trial Act as set forth above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: August 17, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
KAITLYN FRYZEK
Assistant Federal Public Defender

Dated: August 17, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S/
JONAH ROSS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRENDAN (BELLA) THOMPSON,<br>Defendant. | **Case No.:** 25- MJ-71288 (KAW) (KAW)<br><br>**ORDER TO CONTINUE STATUS HEARING TO OCTOBER 5, 2026, AND TO EXCLUDE TIME FROM AUGUST 24, 2026 THROUGH OCTOBER 5, 2026** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of August 24, 2026, is vacated and reset for a status hearing on October 5, 2026 at 10:30 a.m. The Court further finds that the ends of justice served by excluding time from August 24, 2026 through October 5, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to exclude time would deny counsel for Ms. Thompson the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For these reasons, the Court also finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. Therefore, and with the consent of the parties, it is FURTHER ORDERED that time from August 24, 2026 through October 5, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and Federal Rule

of Criminal Procedure 5.1.

IT IS SO ORDERED.

Dated: August 21, 2026

HON. KANDIS A. WESTMORE
United States Magistrate Judge